UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MAURICE CAMPBELL,               ) | |
| )  | |
| Plaintiff(s),              ) | |
| )  | |
| vs.                             ) | Case No. 1:07CV00018TCM |
| )  | |
| TRAVIS WILHITE, et al,          ) | |
| )  | |
| Defendant(s).             ) | |

TO: THE WARDEN OF THE SOUTHEAST CORRECTIONAL CENTER OF THE MISSOURI DEPARTMENT OF CORRECTIONS IN CHARLESTON, MISSOURI.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

You are hereby commanded that you shall bring the body of MAURICE CAMPBELL, Inmate #509442, currently confined at the Southeast Correctional Center in Charleston, Missouri, before the Honorable Thomas C. Mummert, III, U.S. Magistrate Judge for the Eastern District of Missouri, at the United States District Court, 555 Independence, Cape Girardeau, Missouri, at 8:00 a.m. on August 24, 2009, to testify at a jury trial, and that after such proceedings, the said Maurice Campbell be by you returned to the custody of the Warden of the Southeast Correctional Center, have you then and there this writ.

WITNESS, the Honorable Thomas C. Mummert, III, United States Magistrate Judge for the Eastern District of Missouri.

Given under the seal of the Court dated: June 30, 2009.

JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT

By: _____Cathy Jould_____
Deputy Clerk

# United States District Court

Eastern District of Missouri
Southeastern Division
555 Independence, Room 2000
Cape Girardeau, Missouri 63703

*James G. Woodward*
*Clerk of Court*

*Phone: 573-331-8800*

June 30, 2009

Troy Steele, Warden

Southeast Correctional Center

Highway 105
Charleston, Mo. 63834

RE:   Maurice Campbell v. Travis Wilhite, et al.
Case No. 1:07CV18TCM

Dear Sir or Madam:

Enclosed please find a signed and sealed copy of Writ of Habeas Corpus Ad Testificandum for inmate Maurice Campbell to appear in the above captioned case.  Please have Mr. Campbell at the Rush H. Limbaugh, Sr. Federal Building, 555 Independence, Cape Girardeau, Missouri on Monday, August 24, 2009 at 8:00 a.m. to appear before the Honorable Thomas C. Mummert III.

Please plan to have Mr. Campbell present at that time unless you are told by our office that this court appearance is not necessary.

Sincerely yours,

JAMES G. WOODWARD
Clerk of the Court

By   *Cathy Gould*
Deputy Clerk

enc.