UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MAURICE CAMPBELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:07CV18TCM |
| TRAVIS WILHITE, et al., | ) ) ) |
| Defendants. | ) |

CONSENT MOTION TO WITHDRAW APPLICATION
FOR WRIT OF HABEAS CORPUS

Plaintiff Maurice Campbell, by and through his attorney, hereby moves to withdraw his Application for a Writ of Habeas Corpus to allow for and secure the testimony of James H. Shelby, Department of Corrections Identification No. 41244, an inmate confined in the Crossroads Corrections Center of the Missouri Department of Corrections in Cameron, Missouri. The Plaintiff no longer plans to call Mr. Shelby as a witness in this case. Counsel for the defendants, Dana Ceresia, has been consulted and consents to this motion.

Dated: August 14, 2009

Respectfully submitted,

*/s/ Ross D. McFerron*
Ross D. McFerron, Bar Number: 1286744
Attorney for Plaintiff Maurice Campbell
Osburn, Hine, Yates & Murphy, L.L.C.
3071 Lexington Avenue
Cape Girardeau, MO  63701
Telephone:  573-651-9000
Fax:  573-651-9090
E-mail:  rmcferron@ohymlaw.com

*/s/ Dana C. Ceresia*
Dana C. Ceresia, #51091
Attorney for Defendants
Assistant Attorney General
Missouri Attorney General's Office
P.O. Box 861
St. Louis, MO  63188
(314) 340-7861 telephone
(314) 340-7029 facsimile